448 A.2d 1172

Commonwealth v. Mazuch, Appellant.

Argued January 28, 1981. David L. Shenkle, for appellant; Michael S. Goodwin, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.

448 A.2d 1173

Commonwealth v. Meck, Appellant.

Submitted September 9, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Judgment of sentence affirmed.